| | |
|---|---|
| SHERRI RAMOS BRANDT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| ) | No. 2:16-CV-4-FL |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' cross-motions for judgment on the pleadings.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered February 6, 2017, and for the reasons set forth more specifically therein, that plaintiff's motion for judgment on the pleadings is granted and defendant's motion for judgment on the pleadings is denied. This matter is remanded to the Commissioner pursuant to 42 U.S.C. § 405(g) for further proceedings consistent with the court's order.

**This Judgment Filed and Entered on February 6, 2017, and Copies To:**

Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
Todd J. Lewellen (via CM/ECF Notice of Electronic Filing)

| | |
|---|---|
| February 6, 2017 | JULIE RICHARDS JOHNSTON, CLERK |
| | /s/ Christa N. Baker |
| | (By) Christa N. Baker, Deputy Clerk |