UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
NO: 2:16-CV-0004-FL

SHERRI RAMOS BRANDT
    Plaintiff

vs.                                          <u>ORDER</u>

NANCY A. BERRYHILL
Acting Commissioner of Social Security,
    Defendant

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay Plaintiff's counsel the sum of $5,000.00, sent to Plaintiff's Counsel, Branch W. Vincent, III, 8 Juniper Trail, Southern Shores, NC 27949, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. §2412(d), and upon payment of such sum, this case is dismissed with prejudice.

This __14th__ day of ___March___, 2017.

_____
United States Judge Louise W. Flanagan